UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS ANGEL PESQUERA,

        Petitioner,

v.                                                  CASE NO. 06-CV-10186
                                                  HONORABLE VICTORIA A. ROBERTS

ANDREW JACKSON,

        Respondent.
_____/

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION

This matter is before the Court on Petitioner's motion for reconsideration of the Court's May 7, 2013 order denying him relief from judgment regarding the denial of his habeas petition in 2007. A motion for reconsideration which presents issues already ruled upon by the Court, either expressly or by reasonable implication, will not be granted. *Hence v. Smith*, 49 F. Supp. 2d 547, 550 (E.D. Mich. 1999); *Czajkowski v. Tindall & Assoc., P.C.*, 967 F. Supp. 951, 952 (E.D. Mich. 1997). Petitioner has not met his burden of showing a palpable defect by which the Court has been misled or his burden of showing that a different disposition must result from a correction thereof, as required by Local Rule 7.1(h)(3). Moreover, for the reasons stated in the May 7, 2013 order, Petitioner is not entitled to relief from judgment under Federal Rule of Civil Procedure 60(b). Accordingly, the Court **DENIES** Petitioner's motion. This case is closed.

      **IT IS SO ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: May 24, 2013

| |
|---|
| The undersigned certifies that a copy of this document was served on the attorneys of record and Luis Angel Pesquera by electronic means or U.S. Mail on May 24, 2013.<br><br>S/Carol A. Pinegar<br>Deputy Clerk |